## FEDERAL NATIONAL BANK OF SHAWNEE, OKLAHOMA, v. COMMISSIONER OF INTERNAL REVENUE.

## COMMISSIONER OF INTERNAL REVENUE v. FEDERAL NATIONAL BANK OF SHAWNEE, OKLAHOMA.

### Nos. 4326, 4327.

United States Court of Appeals
Tenth Circuit.

Aug. 31, 1951.

John E. Marshall, Oklahoma City, Okl., for Federal Nat. Bank of Shawnee, Okl.

Theron L. Caudle, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., Department of Justice, for Commissioner of Internal Revenue.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Petition and cross-petition dismissed August 31, 1951, per stipulation. 16 T.C. 54.

## F. M. STOWELL v. CENTRAL PRODUCTION COMPANY, Inc., a Kansas corporation, et al.

### No. 4334.

United States Court of Appeals
Tenth Circuit.

Sept. 11, 1951.

Spillers & Spillers and Hughey Baker, all of Tulsa, Okl., for appellant.

Hunt & Eagleton and Max G. Cohen, all of Tulsa, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed September 11, 1951, on application of appellant.

## UNITED STATES of America v. Joseph F. BERRYHILL.

## UNITED STATES of America v. John P. RHODES.

## UNITED STATES of America v. John R. BOLING.

### Nos. 4251–4253.

United States Court of Appeals
Tenth Circuit.

Aug. 31, 1951.

Theron L. Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Department of Justice, and Whit Y. Mauzy, U. S. Atty., Tulsa, Okl., for appellant.

Jay W. Whitney, Frank Settle and C. H. Rosenstein, all of Tulsa, Okl., for appellees.

Before PHILLIPS, Chief Judge, and KNOUS, Circuit Judge.

PER CURIAM.

Appeals dismissed per stipulation August 31, 1951.